IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY TRAVIS, JR.                                                                                          PETITIONER

v.                           Case No. 5:12CV00408 JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely response thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly. All pending motions (Dkt. # 6, 7, 10, 13, 16, 18) are denied as moot.

SO ORDERED this 25th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY TRAVIS, JR.                                                                                PETITIONER

v.                           Case No. 5:12CV00408 JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE