IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY TRAVIS, JR.                                                                    PETITIONER

v.                           Case No. 5:12CV00408 JMM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the action is DISMISSED. All pending motions are denied.

SO ADJUDGED this 25th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE